STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

REHEARING ACTION: April 23, 2014

**Docket Number: 13   01073-WCW**

**JERRY SMITH**
**VERSUS**
**LA TANK AND MOTIONS TRUCKING,**
**ET AL.**
**\*\*\*consolidated with\*\*\***
**LOUISIANA COMMERCE & TRADE ASSOCIATION,**
**SELF-INSURERS' FUND**
**VERSUS**
**DARRELL DANIELS, ET AL.**

**Writ Application from Office of Workers' Compensation - # 3 Case No. 12-08744 C/W 13-01836**

**BEFORE JUDGES**:

    Hon. Marc T. Amy
    Hon. James T. Genovese
    Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Darrell Daniels d/b/a Motions Trucking**  and the application for

rehearing filed by **LA Tank Trucking, LLC and Liberty Mutual Insurance Company**

have this day been

    **DENIED.**

cc: Stephen Walace Brooks, Jr., Counsel for the Applicant
    Richard John Voelker, Counsel for the Applicant
    Michael Edward Parker, Counsel for  the Respondent
    Matthew William Tierney, Counsel for  the Respondent
    Richard E Smith, Counsel for  the Respondent
    Michael Glenn Hodgkins, Counsel for the Respondent